| | |
|---|---|
| 1 | KATHERINE JOHNSON (CA SBN 259854) |
| | JOSEPH C. DELMOTTE (CA SBN 259460) |
| 2 | PITE DUNCAN, LLP |
| | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 4 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |

Attorneys for LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-AHL1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MIGUEL CRUZ,<br><br>Debtor(s). | Case No. 09-14097<br><br>Chapter 7<br><br>R.S. No. JCD-5<br><br>AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>DATE: January 14, 2010<br>TIME: 9:00AM<br><br>280 S 1st St. #3035<br>San Jose, CA 95113-3004 |

TO THE DEBTOR, DEBTOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order Granting Relief From Automatic Stay on the grounds set forth in the Motion for Relief From Automatic Stay and Declaration in Support of Motion for Relief From Automatic Stay filed concurrently herewith.

/././

/././

/././

/././

/././

- 1 -

Case: 09-14097    Doc# 14    Filed: 01/05/10    Entered: 01/05/10 14:53:53    Page 1 of 2

PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered.

Dated: January 5, 2010     PITE DUNCAN, LLP

/s/ JOSEPH C. DELMOTTE (CA SBN 259460)
Attorneys for LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-AHL1